UNITED STATES DISTRICT COURT
 MIDDLE DISTRICT OF FLORIDA
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
TAMPA, FLA. 33602.

# CASE

#_____

8:10 CV 2894 /33 TBM

## "PARTIES":

PLAINTIFF:
MARGETTA LANGLOIS PRO. SE'
VS.

DEFENDANTS:
"VENEZIA" INVESTMENTS L.L.C.
A.K.A.
RODNEY FETTINGS
&
JERRY FERRARA
&
ATTY. TARA O'CONNOR

## CAUSE OF ACTION:

"ILLEGAL" SALE OF REAL ESTATE , & "FRAUDULANT TRANSFER"
OF 5541 VIOLET DR. N.P.R., FLA. 34652 ON:

12/28/08 BETWEEN "VENEZIA" INVESTMENTS L.L.C.
A.K.A. RODNEY FETTINGS W/ ATTY. TARA O'CONNOR &
JERRY FERRARA (FRAUD,)

*AND "VIOLATION OF MY PRO. SE' LITIGANT'S CONSTITUTIONAL CIVIL RIGHTS, FOR "DUE PROCESS" AND MONIES OWED TO ME & NEVER "PAID IN FULL"*
*TO MAKE (SELLER, "PLAINTIFF" MADE "WHOLE".)...*

## "JURISDICTION"

*THIS COURT HAS JURISDICTION OVER THIS MATTER, DUE TO:*
*DAMAGES OVER $ 100,000. & "MONEY LAUDERING," & ETC. BETWEEN "VENEZIA" INVESTMENTS L.L.C. A.K.A.*
*RODNEY FETTINGS, ATTY. TARA O'CONNOR & JERRY FERRARA.*

## "FACTS"

*1). PLAINTIFF, MARGETTA LANGLOIS PRO. SE' WAS OWNER OF 5541 VIOLET DRIVE N.P.R.,FLA. 34652.SEPT.02-NOV. 5TH, 2004.*

*2). I "SOLD" MY HOME TO "HONEST FATHER BUYS HOUSES," (JERRY FERRARA)*

*3). JERRY FERRARA I MADE AN AGREEMENT SIGNED BY BOTH (ATTACHED):*

*A). JERRY FERRARA SIGNED THE AGREEMENT ON 10/27/04,SIGNED, DATED,&*
*"NOTARIZED" IT & SENT IT TO ME IN MASSACHUSETTES.*
*$ 60,000, W/*
*$ 45,000, @ THE TIME OF CLOSING W/ THE OTHER*
*$ 15,000 PLUS OTHER $ 10,000. WE SPLIT W/ TOTAL OF:*
*$ 25,000. TO BE "PAID" TO ME IN FULL AFTER "SINKHOLE REPAIRS WERE FIXED>*
*W/ IN 90-120 DAYS TO BE "PAID IN FULL".*
*NOW*
*$ 35,000. I WAS "OWED" DUE TO JERRY FERRARA "BREACH HIS OWN CONTRACT"*

I NEVER RECEIVED A PENNY AFTER JERRY FERRARA GOT THE "SALE" 11/5/04

THE HOME & "WARRANTY DEED" IN HIS NAME.

THE HOME WAS PUT IN A "LAND TRUST."& THE "CHASE WAS ON"......

B). I. MARGETTA LANGLOIS PRO. SE' RECEIVED IT OVER-NIGHT & SIGNED IT,

DATED IT, & "NOTARIZED" IT 10/28/04 & SENT IT OVER-NIGHT BACK TO:

JERRY FERRARA & JERRY FERRARA HAD ME ADD @ THE BOTTOM,

( JERRY FERRARA RECEIVED THE "ORIGINAL" COPY BACK & I NEVER KEPT A COPY...

(IF REPAIRS ONLY COST $ 14,000. & INSTEAD OF $ 34,000 TO FIX "SINKHOLE"

REPAIRS, HE ASKED IF WE COULD "SPLIT" THE $ 20,000. I SAVED HIM, &

THINKING HE WAS "AN HONEST PERSON" I SAID "YES".

C). JERRY FERRARA AVOIDED CALLS , LETTERS, ETC. AFTER HE GOT MY HOME,

& "WARRANTY DEED." IN HIS NAME.

4).3/05 I FILED A "LIEN" ON THE HOME, I RECEIVED A COPY OFF JERRY FERRARA'S

"ORIGINAL" W/ "ALL" THE "WRITING" @ THE BOTTOM AS HE TOLD ME TO WRITE.

5). *JERRY FERRARA AVOIDED SERVICES BUT WAS SERVED, W/ "MY" CIVIL LAWSUIT*

*FOR*
           *"BREACH OF CONTRACT."FOR $ 35,000.+ EXPENSES,&/OR I WANTED*
      *"MY" HOME BACK !*

6).*JERRY FERRARA WAS SERVED IN OCTOBER 2005 /THRU "HIS" ATTY. ED COLE.*

7). *JERRY FERRARA TRIED TO CLAIM "HE" DID "NOT" AGREE TO THE "EXTRA*
      *WRITING" @ THE BOTTOM OF OUR 10/27/04 & 10/28/04 AGREEMENT*
      *(BUT STILL CONTINUED TO BUY MY HOME, (IF HE DID NOT AGREE*
      *TO THE BOTTOM ABOUT "SPLITTING (MY) MONIES I SAVED HIM"(THEN, IT*
      *WOULD BE "ALL" MINE THE $ 35,000.*

*WHY WOULD I SPLIT THE MONIES & AGREE TO GIVE HIM 1/2 OF $ 20,000.?*
      *IF JERRY FERRARA DID NOT AGREE TO THAT?*

_____

      *(SEE ATTACHED "TRANSCRIPTS" OF JERRY FERRARA)*
      *"EXHIBIT" .*
*"_____"*

    *(HE DID NOT HAVE TO GO FORWARD TO BUY MY HOME...11/5/04*

*BUT HE "INTENDED TO DEFRAUD & W/ BY "SCHEME TO DEFRAUD ME"FROM*
*THE FIRST DAY;*
*OF MY HOME, WARRANTY DEED, & MONIES HE OWED ME..*

*( HE "NEVER" INTENDED TO PAY ME IN FULL .AND THAT'S."THEFT OF REAL ESTATE"*
*& "FRAUD")*

*IN # 2    (SEE ATTACHED ) AS*
*(EXHIBIT "_____")*

8).BY MARCH 2005 I "DEMANDED" MY HOME BACK DUE TO :

"BREACH OF CONTRACT" BY JERRY FERRARA'S OWN DOING., &
"PLAINTIFF/ SELLER " MARGETTA LANGLOIS PRO. SE' WAS "NEVER PAID IN FULL, OR MADE "WHOLE".

9). I, MARGETTA LANGLOIS PRO. SE' NEEDED THAT MONEY $ 25,000.BY 90-120 DAYS
(THEN IT BECAME $35,000.
DUE TO "HE" JERRY FERRARA' "BREACHED HIS OWN CONTRACT.)"...
I NEEDED THE $25,000. TOWARDS MY NEXT HOME, I BOUGHT 4/12/05.

10) BY MARCH 2005 (JERRY FERRARA AVOIDED CALLS, LETTERS, &
CERTIFIED MAIL FROM    ME @ ALL COSTS...HE PROMISED ME MY
 MONEY THRU MY REALTOR LINDA VANCE..
(FROM 11/5/04- TO NOW 12/2010.& HEREAFTER, I HAVE NOT RECEIVED A PENNY.

*11). IT WAS LINDA VANCE MY "NEW" REALTOR WHO GOT ME A "COPY"OF "OUR AGREEMENT*

*FROM*
   *"TITLE CO. AGENT ROBIN LEVETERE @ ATTY. MICHAEL GUJU'S,*
 *(OFF JERRY FERRARA'S (ORIGINAL) ONE THAT HAD "ALL" THE WRITING @ THE BOTTOM.)*

*12). THEN, FEB. 2006, 1 1/2 YRS. LATER AN "ALLEGED" INVESTOR FILES A "FORECLOSURE" ON*
   *JERRY FERRARA FOR "MY" HOME 5541 VIOLET DR. N.P.R.,FLA. 34652.FOR $ 75,000.W/*
   *"NO" APPLICATION, "NO" PROOF OF INCOME, W/2'S , "NO" FINANCIAL STATEMENTS,*
   *"NO" BANK STATEMENTS   FROM FERRARA TO OBTAIN A "LOAN"& BE "APPROVED"...*

*13). "MY" HOME SALES CONTRACT SAID "CASH" W/ "NO" CONTIGENCIES OF FINANCING.*

*14).FERRARA SIGNED ON MY HOME 11/5/04   GIVING ME $45,000, ENDING UP W/ $ 43,000.+*

*15).THEN, FERRARA THEN "USED" (MY HOUSE) AS "COLLATERAL" W/ OUT "PAYING ME" OFF MY*
   *$ 25,000., HE MADE AN EXTRA $ 30,000. ON MY HOME THE SAME DAY 11/5/04.*

*16).I HAD FILED A LIEN IN 3/2005 ON MY HOME.*

*17).IN MARCH 2006,   I HIRED ATTY. PETER BRICK WHO "NEVER FILED ANYTHING"*

IN PASCO CIRCUIT COURT
IN "MY" BEHALF & / OR TO "PROTECT THE BEST INTERESTS OF HIS CLIENT, MARGETTA
LANGLOIS PRO. SE' HE GOT $ 7300. & DID "NOTHING".....

18). I WANTED "ALL" DISCOVERY, "PRODUCTION OF DOCUMENTS & MY HOME BACK...

19). MY LIEN WAS "REMOVED" BY MY ALLEGED ATTY. PETER BRICK (& ALLOWED
"VENEZIA" INVESTMENTS L.L.C. A.K.A. RODNEY FETTINGS TO FILE IN FRONT OF
ME HIS "FALSE, FRAUDULANT FORECLOSURE" W/ "NO" PAPERWORK.)

20). ATTY. PETER BRICK FILED A "LIS PENDIS" INSTEAD OF ANOTHER "LIEN" FOR ME.

21). 10/1/07, WE DID "DEPOSITIONS" ON JERRY FERRARA, (SEE ATTACHED).
ALSO ON (RODNEY FETTINGS, "VENEZIA" ) & ME "PLAINTIFF" MARGETTA LANGLOIS.

22). 12/07 JERRY FERRARA PRO. SE' DUE TO HIS ATTY. DROPPED HIM,
FERRARA REFUSED & FAILED TO APPEAR FOR "MEDIATION".

23). 1/16/07 ATTY. PETER BRICK WENT BEHIND MY BACK & TRIED TO "WITHDRAW" DUE TO
HE WOULD NOT FILE ANYTHING I WANTED, "DEFAULTS," & TO GET MY HOME BACK,
& STILL "NO" PRODUCTION OF "ALL" DOCUMENTS & "DISCOVERY."

24). FERRARA CONTINUED TO BOUNCE "MY" HOME INTO DIFFERENT NAMES
IN THE LAND TRUSTS.

25). PASCO SHERIFF'S DEPT. TOLD ME THIS WAS A "PINELLAS" COUNTY CASE FOR S.A.'S OFFICE,

26). PINELLAS SHERIFF'S DEPT. TOLD ME IT WAS A PASCO COUNTY CASE FOR S.A,'S OFFICE.

27). 12/9/10 NOW I FIND OUT IT WAS A (PASCO COUNTY CASE) BY LARRY CRICK OF THE
PINELLAS COUNTY CONSUMER JUSTICE PROGRAM.

28).12/10/10 SGT. PEAK TOLD ME MY STATUES OF LIMITATIONS RAN OUT, BUT DET. SMALLWOOD,
     W/ COPY OF SHERIFF'S REPORT TOLD ME IF FERRARA "SELLS" (MY) HOME W/OUT "PAYING"
     ME "IT IS FRAUD" WELL, FERRARA "SOLD" RODNEY FETTINGS A.K.A. "VENEZIA" INVESTMENTS L.L.C.
     ON 12/28/08  FOR $10.00 BY & THRU RODNEY FETTINGS ATTY. TARA O'CONNOR   WHO IS ALSO
           VERY -WELL AWARE OF THE MONIES OWED TO ME SINCE JERRY FERRARA'S OF 10/27/04-10/28/04.

29). WHEREAS, I WAS NEVER NOTIFIED, 12/28/08, I WAS "NEVER PAID IN FULL" BY JERRY FERRARA & THE
           "VALID," "LEGAL" & "BINDING" LIEN STILL EXISTS ON "MY" HOME "RODNEY FETTINGS" BOUGHT
           MY HOME & MY LIEN, HE NOW OWES ME "MY" MONIES" THE FULL AMOUNT OF $ 35,000.
               W/ "TRIPLE DAMAGES"AND INTERESTS BACK TO

*10/27/04, PLUS PAINS & SUFFERING,*
   *PUNITIVE DAMAGES,LOSS OF HOME W/ A "FRAUDULANT "WARRANTY DEED " DUE TO LIEN*
   *HAS BEEN ON MY HOME SINCE AGAIN SINCE MARCH 2007 TO NOW.....*
         *(SEE ATTACHED)*
*"WARRANTY DEED"*

*EXHIBIT    "_____"*

*30). PLAINTIFF, MARGETTA LANGLOIS PRO. SE'S FULL DAMAGES OF $ 300,000.+ INTERESTS.*
      *DEMANDED FROM   ATTY. TARA O'CONNOR FOR HER "JOINT VENTURE,"*

*31). (DUE TO: SHE "NEVER" FILED ANYTHING ON COURT RECORD, 2/06- 12/28/08 &*
      *2 MONTHS   SHY OF THE (2/09   CASE BEING "DISMISSED" DUE TO:*

*3 YRS. STATUE OF LIMITATIONS ).TO SELL, & ILLEGALLY*
      *TRANSFER MY HOME FROM JERRY FERRARA TO RODNEY FETTINGS "ILLEGALLY"*
      *W/ "NO" COURT HEARINGS & "NO" COUNTERCLAIM OF MARGETTA LANGLOIS*
   *PRO. SE' CONTSTITUTIONAL CIVIL RIGHTS BEING VIOLATED FOR "DUE PROCESS" & "NO" DAY*
      *IN COURT W/ "DISCOVERY & "ALL" PRODUCTION OF DOCUMENTS,"*

*32).   TO TAKE UPON HERSELF ATTY. TARA O'CONNOR TO "PREPARE" THE 12/28/08*
      *"WARRANTY DEED" KNOWINGLY PLAINTIFF, MARGETTA LANGLOIS PRO. SE' WAS*

"NEVER" PAID IN FULL &/ OR MADE "WHOLE"....

33). RODNEY FETTINGS & ATTY. TARA O'CONNOR "VOLUNTARILY DISMISSING CASE   6/16/09

AGAINST                                                    JERRY FERRARA   W/ "ALL" COMMITING "FRAUD" W/
" INTENT TO DEFRAUD " & "SCHEME TO DEFRAUD" MARGETTA LANGLOIS OF HER HOME,
"WARRANTY DEED" & "MONIES"   OWED TO HER BY ):

34). "CONSPIRACY," "COLUSION." "COLABERATION," "CORRUPTION" & "COVER-UP" OF:
"ORGANIZED CRIME" ON "RACKETEERING &
"MONEY LAUNDERING" @ 15 % INTERESTS LOAN TO FERRARA & "INTERESTS" (ONLY)

LOAN

35). PLAINTIFF, MARGETTA LANGLOIS PRO. SE' DEMANDS FULL DAMAGES OF $ 300,000, + INTERESTS
DEMANDED FROM   RODNEY FETTINGS/ A.K.A.   " VENEZIA" INVESTMENTS L.L.C.
FOR FAILURE & REFUSAL TO ACKNOWLEDGE THE "10" DAY DEMAND LETTER DUE:
BEFORE DECEMBER 24,2010.....

36). PLAINTIFF, MARGETTA LANGLOIS PRO. SE' DEMANDS PUNISHMENTS AS THIS COURT DEEMS JUST.

37). PLAINTIFF, MARGETTA LANGLOIS PRO. SE' DEMANDS "TRIAL BY JURY " ONLY.....

I, MARGETTA LANGLOIS PRO. SE' SIGN UNDER THE "PAINS & PENALTIES OF PERJURY," ALL IS THE "TRUTH"................

"THIS CASE IS "NOT" FRIVIOLOUS, "& HAS GREAT MERITS TO: "PROCCEED," "SUCCEED," & "PREVAIL."

38). I , MARGETTA LANGLOIS PRO. SE'   I, AM "INDIGENT", SO PLEASE DO NOT "VIOLATE" MY PRO. SE' CONSTITUTIONAL CIVIL RIGHTS TO "PREVAIL".....

39). S.S. BENEFITS, FOODSTAMPS, & W/"AFFADAVIT OF INDIGENCY" SIGNED, & DATED....

RESPECTFULLY SUBMITTED,

MARGETTA LANGLOIS PRO. SE' P.O.BOX 3091 HLIDAY, FLA. 34668.
727 326-3629
C.C. ATTY. TARA O' CONNOR FOR RODNEY FETTINGS & JERRY FERRARA,

*SHE CAN ALWAYS FIND JERRY FERRARA FOR "HER" BENEFITS.....*

*C.C. PASCO CIRCUIT COURT JUDGE STANLEY MILLS*

*[signature]*
12/20/10.

P.O. box 3091
H1-34998
(727)326-3629