

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA

VENEZIA INVESTMENTS, LLC,
a Florida Limited Liability Company,

        Plaintiff,

vs.

CASE NO. 51-2006-CA-4415WS

DIV. "J-2"

JERRY FERRARA, individually and as
Trustee of the 5541 Violet Drive Land
Trust dated 11/5/04; MARGETTA LANGLOIS;
and UNKNOWN TENANTS,

        Defendants.

## AMENDED ANSWER AND AFFIRMATIVE DEFENSES OF MARGETTA LANGLOIS

COMES NOW, the Defendant, **MARGETTA LANGLOIS**, by and through her undersigned attorney, and files this, her Amended Answer and Affirmative Defenses and, in support thereof, would state:

1. Said Defendant admits the allegations contained in paragraph 1.
2. Said Defendant denies the allegations contained in paragraph 2.
3. Said Defendant admits the allegations contained in paragraph 3.
4. Said Defendant denies the allegations contained in paragraph 4.
5. Said Defendant denies the allegations contained in paragraph 5.
6. Said Defendant admits the allegations contained in paragraph 6.
7. Said Defendant admits the allegations contained in paragraph 7.
8. Said Defendant admits the allegations contained in paragraph 8.
9. Said Defendant admits the allegations contained in paragraph 9.
10. Said Defendant admits the allegations contained in paragraph 10.
11. Said Defendant denies the allegations contained in paragraph 11.
12. Said Defendant admits the allegations contained in paragraph 12.
13. Said Defendant denies the allegations contained in paragraph 13.
14. Said Defendant denies the allegations contained in paragraph 14.
15. Said Defendant denies the allegations contained in paragraph 15.

### First Affirmative Defense

**Fraudulent Conveyance.** The transaction from **Jerry Ferrara**, individually, to 5541 Violet Drive Land Trust and the subsequent mortgage that is the subject of this lawsuit, were fraudulent conveyances. Defendant **Jerry Ferrara** had a written agreement

with Defendant **Margetta Langlois** to pay an additional $25,000 and gave a non-recorded lien. Defendant **Jerry Ferrara** flipped the land into a trust and then took out the subject mortgage for the purpose of getting money out of the property without having to pay Defendant **Margetta Langlois**. There is pending litigation involving these parties (<u>Margetta Langlois vs. Jerry Ferrara</u>, Pasco County Case 51-2005-CA-2755WS/"H") to establish a fraudulent conveyance and to establish an equitable lien. Said litigation should be resolved prior to this foreclosure. A copy of the deed is attached hereto as Exhibit A. A copy of the lien is attached hereto as Exhibit B.

### Second Affirmative Defense

<u>Unclean Hands</u>. Plaintiff entered into a high yield high risk mortgage with little due diligence. Plaintiff knew or should have known that Defendant **Jerry Ferrara** was engaging in fraudulent practices.

### Third Affirmative Defense

<u>Equitable Lien</u>. Defendant **Margetta Langlois** seeks that an equitable lien be imposed on the subject land that has priority over the subject mortgage as alleged and to be litigated in Pasco County Case 51-2005-CA-2755WS.

### Certificate of Service

I **HEREBY CERTIFY** that a copy of the foregoing <u>Amended Answer and Affirmative Defenses of Margetta Langlois</u> was furnished to Tara M. O'Connor, Esq., 9735 U.S. Hwy. 19, Suite 2, Port Richey, FL 34668 via fax and regular U.S. Mail this ____ day of May, 2006.

PETER O. BRICK, ESQ.
Brick & Hammond
9436 Regency Park Blvd.
Port Richey, FL 34668
(727) 847-3121
Attorney for Margetta Langlois
Florida Bar No. 150039