




*DEAR ATTY. TARA O'CONNOR:* *DEC. 10TH, 2010 @ ______________ O'CLOCK*

*RE" CASE # 51-06-CA-441 WS/JUDGE STANLEY MILLS FILED FEB. 2006*

*"VENEZIA" INVESTMENTS L.L.C. A.K.A. RODNEY FETTINGS*

*VS. JERRY FERRARA & MARGETTA LANGLOIS*

*NOW IN "COUNTERCLAIM" (IGNORED BY "ALL" /ATTY. TARA O'CONNOR, "VENEZIA" & JERRY FERRARA ,*

*NOW COMES "COUNTER-PLAINTIFF," MARGETTA LANGLOIS PRO.SE'*

*VS.*

*"VENEZIA" INVESTMENTS L.L.C.*

*JERRY FERRARA*

*(AND AMENDED "COMPLIANT" BY ADDING :"ATTY. TARA O'CONNOR)*

---

*RE: MARGETTA LANGLOIS'S*

# *"10" DAY DEMAND LETTER FOR "FULL" SETTLEMENT OF $ 35,000. + INTEREST BACK TO 11/27/04*

# *TO PRESENT.....& WILL BE FILED IN U.S.D.C. TAMPA, FLORIDA BEFORE DEC. 27TH, 2010.*

*1). THIS IS A "10" DAY "DEMAND" LETTER FOR FULL "SETTLEMENT" OF 5541 VIOLET DRIVE N.P.R.,FLA HOME THAT "YOUR" CLIENT RODNEY FETTINGS A.K.A. "VENEZIA" INVESTMENTS L.L.C. OWES ME "MY LIEN" IN "FULL" IN PASCO COUNTY DEED RECORDING, N.P.R.,FLA.*

*2). RODNEY FETTINGS,(YOUR CLIENT, HE BOUGHT THE HOME FOR $ 10.00 NOW "OWNS: MY LIEN & BY FLA. STATUES & LAW HAS TO PAY ME, MY LIEN, RECORDED FOR $ 35,000.+ INTEREST BACK TO 10/27/04.)*

*3).RODNEY FETTINGS A.K.A/"VENEZIA INVESTMENTS L.L.C. RECORDED IN PASCO DEED RECORDING IN N.P.R.,FLA.SINCE 2/06.)*

*4). RODNEY FETTINGS HE "PAID"ONLY $ 10.00 W/ A "WARRANTY DEED" FROM JERRY FERRARA (ILLEGALLY) ON DEC. 29 2008, PREPARED BY YOU (PERSONALLY) ATTY. TARA O'CONNOR.*

*(SEE ATTACHED "EXHIBIT" ( A*

*)WARRANTY DEED.)*

*5). YOUR CLIENT, RODNEY FETTINGS @ 'DEPOSITIONS" 10/1/07 KNOWINGLY*

*I, MARGETTA LANGLOIS AM "OWED" $ 35,000.+ INTEREST SINCE 10/27/04*
*FROM JERRY FERRARA'S "ORIGINAL" COPY THAT*

*6). (ATTY. TARA O'CONNOR "YOU") & "I" , MARGETTA LANGLOIS PRO. SE'*

*(BOTH)*
*RECEIVED FROM JERRY FERRARA'S "ORIGINAL" COPY FROM ROBIN LEVETERE @ ATTY. MICHAEL*
*GUJU'S TITLE CO. IN PALM HARBOR, FLA. THAT JERRY FERRARA ,HE SIGNED OCT 27 ML 2004, & I*
*SIGNED ON OCT. 28 ML 2004,*

*(SEE ATTACHED "EXHIBIT" ( B) "AGREEMENT.)*

*7) RE: ("FULL PAYMENT OF THE $ 15,000." OWED OUT OF $60,000,ON 11/5/04 SALE .)*
*THEN, THE $ 20,000. I SAVED JERRY FERRARA TO FIX THE SINKHOLE COSTING $ 14,100.ONLY,*
*VS. $ 34,000. HIS FRIEND ALAN WAS GOING TO CHARGE HIM TO FIX.*

*8).THEN, I. MARGETTA LANGLOIS PRO. SE' SO GENEROUSLY WAS GOING TO*
*"SPLIT" THE $20,000. W/ THAT GIVING ME $ 25,000. & ( JERRY FERRARA $ 10,000, EXTRA )*
*W/IN 90-120 DAYS I , MARGETTA LANGLOIS WAS TO BE "PAID IN FULL"*

*BUT JERRY FERRARA "BREACHED" HIS "OWN" AGREEMENT*

*SO*

*9). THEREFORE I, MARGETTA LANGLOIS I AM "ENTITLED TO "RECEIVE" THE "FULL" $ 35,000. +*

*AS I WAS TOLD @ PASCO SHERIFF'S DEPT. SGT. PEAK,ON 12/2/2010, DUE TO:*

*REVEALED THIS IS "FRAUD".BY JERRY FERRARA& (RODNEY FETTINGS KNOWINGLY ON DEPOSITIONS,*

*JERRY FERRARA OWES ME THE MONEY & "YOUR" CLIENT RODNEY FETTINGS "CONSPIRED,"*

*"COLABERATED," "SCHEME TO DEFRAUD" W/ "INTENT TO DEFRAUD" MARGETTA LANGLOIS OF:*

*A). HER HOME, B). WARRANTY DEED, C). AND OF "ALL" THE MONIES OWED TO ME*

*W/ "YOUR CLIENT" RODNEY FETTINGS PURPOSELY W/ 'INTENT' TO DEFRAUD, MARGETTA LANGLOIS*

*BUYING THE 5541 VIOLET DR. N.P.R.,FLA HOME FOR $ 10..ALSO BUYING THE "LIEN",*

*AND NOW TRYING TO SELL IT TO HIS TENANT" W/ MY "LIEN:"*

*AND "HIS" REFUSAL TO PAY ME IS "FRAUD".*

*W/*

*10). $35,000. W/INTEREST BACK TO 10/27/04, TO NOW 12/10/10 & THEREAFTER THE INTEREST TIL "PAID IN FULL"*

*11). IF I AM "NOT" PAID IN FULL WITHIN "10" DAYS BY YOUR CLIENT , RODNEY FETTINGS*

*WHO WENT THROUGH YOU PERSONALLY ON DEC. 25 TH. 2008 FOR THE "ILLEGAL" & "FRAUDULANT*

*SALE BEHIND MY BACK TO GET MY HOME, FOR $ 10.00*

*& GIVING YOUR CLIENT RODNEY FETTINGS AN "ILLEGAL" ( "WARRANTY DEED").W/ OUT, MARGETTA LANGLOIS "PAID IN FULL".*

*12). WHEREAS, I AM STILL OWED MONIES OF $ 35,000. PLUS INTEREST & WAS "NEVER" "PAID IN FULL" NOR WAS I MADE"WHOLE, " LEGALLY," TO DATE .*

*13). I, MARGETTA LANGLOIS PRO. SE' WILL BE FILING IN U.S.DISTRICT COURT IN MIDDLE DISTRICT, TAMPA , FLA.FOR "TRIPLE DAMAGES + INTEREST BACK TO: OCT.27,2004 THAT JERRY FERRARA HIMSELF "BREACHED" HIS OWN AGREEMENT.....W/.MONIES "OWED TO ME WITHIN 90-120 DAYS"AFTER*

*14).HOME WAS "REPAIRED 11/11/04, & NEVER "PAID" A DIME AFTER 11/5/04BY JERRY FERRARA.*

*15).I WILL BE WALKING THIS INTO YOUR OFFICE IN HAND, TO "YOUR STAFF, DUE TO YOUR 'unavailibility' FOR OVER 4 1/2 YRS. FOR MY HEARINGS, ON RECORD.*

*16). YOU, ATTY. TARA O'CONNOR & YOUR CLIENT RODNEY FETTINGS WILL BE SERVED SOON W/ "20" DAYS TO ANSWER W/ U.S.D.C. SUIT, ALREADY WRITTEN UP & READY TO FILE.W/ BY DEC. 21, 2010 , CIVIL CASE WILL BE FILED.*

*17).THANK YOU FOR YOUR CO-OPERATION AFTER "6 YRS." NOW,*

*18) BUT "ILLEGAL" SALE TOOK PLACE DEC.* 29TH *2008, BY JERRY FERRARA,*

*YOUR CLIENT RODNEY FETTINGS, & YOURSELF ATTY. TARA WAS A "PLOY" W/ "INTENT TO DEFRAUD' W/ "SCHEME TO DEFRAUD" MARGETTA LANGLOIS,( BY COUNSE'S "ILLEGAL TACTICS.")*

*MARGETTA LANGLOIS PRO. SE'*

*P.O. BOX 3091 HOLIDAY, FLA. 34692. (727) 326-3629.*

*CERTIFICATE OF SERVICE*

*I ,MARGETTA LANGLOIS PRO. SE' IN PERSON WALKED IN & DROPPED OFF ("3" COPIES OF THIS "10" DAY DEMAND LETTER TO :*

*ATTY. TARA O'CONNOR'S OFFICE @* 9743 *U.S. HWY. 19 N. PORT RICHEY ,FLA.34668*

*@* 3:15 pm. (Aboutt) *O'CLOCK.* ML

*C.C. 1ST. COPY FOR ATTY. TARA O'CONNOR*
*C.C. 2ND. COPY FOR RODNEY FETTINGS*
*C.C. 3RD. COPYFOR JERRY FERRARA (DUE TO YOU CAN "ALWAYS" FIND HIM (SO LUCKY TO SIGN MY INTERESTS OFF TO "YOU" & "YOUR' CLIENT DEC.* 25TH. *2008,)*

*C.C. PASCO CIRCUIT COURT CASE 51-06-CA-441 WS/JUDGE STANLEY MILLS*

*C.C. U.S.D.C. TAMPA, FLORIDA ,( FEDERAL COURT, CIVIL)(BY DEC. 21,2010 FILED.)*

*AGAINST ATTY. TARA O'CONNOR & RODNEY FETTINGS.......W/ JERRY FERRARA'S*

*"INTENT TO SCHEME & DEFRAUD ME (W/ YOU & YOUR CLIENT.)*

*C.C. OTHERS AS "EXHIBIT".*

*I, MARGETTA LANGLOIS PRO. SE' DO EXPECT AN ANSWER & "NOT" THE "CASE IS CLOSED"*

*DUE TO THIS IS FAR FROM "CLOSED" UNTIL I,. MARGETTA LANGLOIS PRO. SE'*

*RECEIVE FROM "YOUR" CLIENT " BY & THROUGH "YOU"aTTY. TARA O'CONNOR*

*"FULL" PAYMENT OF $ 35,000. + INTEREST BACK TO 10/27/04 .FOR "MY" HOME*

*5541 VIOLET DRIVE N.P.R.,FLA.*

Margetta Langlois Pro. se'
12/10/10

12/19/2008 11 25 7278418991 S/H OCONNOR LAW GROUP PAGE 01/02

EXHIBIT

2008183945

Rept 1219707 Rec 18 50
DS: 0 70 IT. 0 00
12/31/08 Dpty Clerk

JED PITTMAN, PASCO COUNTY CLERK
12/31/08 01 51pm 1 of 2
OR BK 7992 PG 758

Prepared by and Return to
Tara M O'Connor, Esquire
O'Connor Law Group, P A
9743 U S Highway 19
Port Richey, Florida 34668
Parcel ID 17-26-16-058A-00000-1240

# WARRANTY DEED

OR BK 8006 PG 760
4 of 5

This **INDENTURE** made this 29th day of December 2008, by and between
**JERRY FERRARA**, Individually and as Trustee of the 5541 Violet Drive Land Trust UTD 11/05/2004,
whose mailing address is 2606 Cypress Drive, Palm Harbor, Florida 34683
hereinafter called the GRANTOR, to

**VENEZIA INVESTMENTS, LLC**,
whose mailing address is P O Box 15635, Clearwater, Florida 33766,
hereinafter called the GRANTEE

*(Wherever used herein the terms "GRANTOR" and "GRANTEE" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successor and assigns of corporations)*

**WITNESSETH** That the GRANTOR, for and in consideration of the sum of $10 00 and other valuable considerations in hand paid by GRANTEE, the receipt whereof is hereby acknowledged, does hereby remise, release, and quit-claim unto GRANTEE forever, all the right, title, interest, claims and demands which GRANTEE has in and to the following described lot, piece or parcel of land, situate, lying and being in Pasco County, Florida, viz

Lot 124, EASTBURY GARDENS, UNIT 3, according to the plat thereof, recorded in Plat Book 10, Page 138, of the Public Records of Pasco County, Florida

This deed is being given in lieu of foreclosure of that certain mortgage dated November 4, 2004 and recorded in O R Book 6165, Pages 966-967, Public Records of Pasco County, Florida and not as additional security therefore

Said property is not the homestead of the Grantor(s) under the laws and constitution of the State of Florida in that neither Grantor(s) or any members of the household of Grantor(s) reside thereon

Subject, however, to all covenants, conditions, restrictions, reservations, limitations, easements and to all applicable zoning ordinances and/or restrictions and prohibitions imposed by governmental authorities, if any, taxes and assessments for the year 2008 and subsequent years,

**CERTIFICATE**

Preparer hereby certifies this instrument was prepared from information given by the parties hereto, and does not guarantee either marketability of title or accuracy of description, as no title examination was done

**TO HAVE AND TO HOLD**, the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the said party of the first part, either in law or equity, to the only proper use, benefit and behalf of the said party of the second part forever

FILED FOR RECORD PASCO COUNTY, FL 11:30 Paula S. O'Neil Clerk & Comptroller

OR BK 7992 PG 759
2 of 2

OR BK 8006 PG 761
5 of 5

IN WITNESS WHEREOF, party of the first part has signed and sealed these presents the date set forth above

SIGNED IN THE PRESENCE OF THE FOLLOWING WITNESSES

Witness Signature

KENNETH SHATZ
Print Witness Name

Witness Signature

E. CARTER HUDGENS
Print Witness Name

JERRY FERRARA, Individually and as Trustee of the 5541 Violet Drive Land Trust UTD 11/05/04

STATE OF FLORIDA
COUNTY OF PASCO

THE FOREGOING INSTRUMENT was acknowledged before me this 29th day of December, 2008, by JERRY FERRARA, Individually and as Trustee of the 5541 Violet Drive Land Trust UTD 11/05/04, who is personally known to me or who has produced driver's license as identification and did take an oath

Signature
Printed Name
Notary Public, State of Florida
My Commission Expires

(SEAL)



2,2005 06:07P

9422665

OR BK. 6298 PG 1109
3 of 4

page 1



EXHIBIT 3

# Agreement of the parties herein

I Jerry Ferrara of 2606 Cyprus dr. Palm Harbor Fla, 34684 agree to purchase the property located at 5541 Violet Dr., Newport Richey FL from current owner Margetta Langlois whose current address is the same as the above For a Total of $60,000.00 Under the following terms of this agreement:

RECEIVED
DEC 1 0 2010
O'NEIL, CLERK & COMPTROLLER

- Property to be purchased by sales contract for the amount of $45,000.00 with the balance of $15,000.00 to be paid to Mrs. Langlois upon the re-sale of this property at the time of the closing.
- Mrs. Langlois will be afforded the ability to reside at this property until the underpinning process begins (About 30-45 days) during this time Mrs. Langlois agrees to hold harmless Jerry Ferrara from any accidental injuries occurring on the premises during this time.
- Property must be repaired and sold within a reasonable amount of time (90-120 days)
- This agreement is a legal and binding lean against the above property in the amount of $15,000.00
- This agreement must be returned to Jerry Ferrara upon the satisfaction of the $15,000.00 so that it may be properly disposed of.

MEMO-LEGIBILITY OF WRITING TYPING OR PRINTING UNSATISFACTORY IN THIS DOCUMENT

Above needs To Be Returned To Margette Langlois Immediately OR 12% Interest each mo til given Back To Langlois

I have read and agree to the above terms and conditions.

Jerry J Ferrara 10/27/04 Date Notary Barbara A Durso

BARBARA A. DURSO MY COMMISSION # DD 169235 EXPIRES: December 1, 2006 Bonded Thru Notary Public Underwriters

Margetta Langlois 10/28/04 Date Notary Carol McDermott

CAROL G. McDERMOTT, Notary Public My Commission Expires December 29, 2006

P.S. Note: If REPAIRS only Cost $14,000 Not 35,000 ("EXTRA - $10,000. over $15,000 BALANCE) = TOTAL $25,000 (M.L.) 10/28/04

EXHIBIT C

45,000.00

Prepared by and return to:

**Equity National Title LLC**
**31564 US Highway 19 North**
**Palm Harbor, FL 34684**
**727-526-3529**
File Number: 04-5732

2004239464

Rcpt: 841450 Rec: 10.00
DS: 315.00 IT: 0.00
12/27/04 Dpty Clerk

JED PITTMAN, PASCO COUNTY CLERK
12/27/04 10:28am 1 of 1
OR BK 6165 PG 964

[Space Above This Line For Recording Data]

RECEIVED
DEC 10 2010
PAULA S. O'NEIL, CLERK & COMPTROLLER

# Warranty Deed

**This Warranty Deed** made this 5th day of November, 2004 between **Margetta Langlois, an un-remarried widow** whose post office address is **3 Thompson Court, Lowell, MA 01851**, grantor, and **Jerry Ferrara, a single man** whose post office address is **2606 Cypress Drive, Palm Harbor, FL 34684**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Pasco County, Florida** to-wit:

> **Lot 124, EASTBURY GARDENS, UNIT 3, according to the Plat thereof, recorded in Plat Book 10, Page 138, of the Public Records of Pasco County, Florida.**
>
> **Parcel Identification Number: 17-26-16-058A-00000-1240**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2003.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: Valerie Long

Witness Name: Sharon West

Margetta Langlois (Seal)

State of Massachusetts
County of Middlesex

The foregoing instrument was acknowledged before me this 5th day of November, 2004 by Margetta Langlois, who [ ] is personally known or [X] has produced a driver's license as identification.

[Notary Seal]

Notary Public

Printed Name: Shelley A. Teague

My Commission Expires: April 28, 2011

Shelley A. Teague
Notary Public
My Commission Expires April 28, 2011
Commonwealth of Massachusetts

Jerry Ferrara

*DEAR ATTY. TARA O'CONNOR:* *DEC. 10TH, 2010 @ ____________O'CLOCK*

*RE" CASE # 51-06-CA-441 WS/JUDGE STANLEY MILLS FILED FEB.*

Exhibit 3

Proof of (3) copies to Tara O'Connor + Court Rodney Fettings + Judge

*DEAR ATTY. TARA O'CONNOR:* *DEC. 10TH, 2010 @ ____________O'CLOCK*

*RE" CASE # 51-06-CA-441 WS/JUDGE STANLEY MILLS FILED FEB. 2006*

RECEIVED
DEC 1 0 2010
PAULA S. O'NEIL, CLERK & COMPTROLLER

This copy c.c. Tara O'Connor w/ 2 extra copies for R. Fettings + Jerry Ferrara

*DEAR ATTY. TARA O'CONNOR:* *DEC. 10TH, 2010 @ ____________O'CLOCK*

*RE" CASE # 51-06-CA-441 WS/JUDGE STANLEY MILLS FILED FEB.*

Exhibit for file -

Judge S. Mills

*DEAR ATTY. TARA O'CONNOR:* *DEC. 10TH, 2010 @ ____________O'CLOCK*

*RE" CASE # 51-06-CA-441 WS/JUDGE STANLEY MILLS FILED FEB. 2006*

*"VENEZIA" INVESTMENTS L.L.C. A.K.A. RODNEY FETTINGS*

PASCO SHERIFF'S OFFICE

**VOLUNTARY STATEMENT FORM**

CASE #: ____________________

I, ______________________________ am writing this statement of my own free will. My statement is:

Det. Peak 12/2/10

By

↓

-400,000

OCT 27, 2004

PALM HARBOR

GIVES 45000

PROM 90-120

15,000

RE: 3341 Violet

DeNume

EXHIBIT D

PRINTED NAME: ____________________ DATE: ____________________

SIGNATURE: ____________________

WITNESS (Printed Name): ____________________

WITNESS SIGNATURE: ____________________

WITNESS (Printed Name): ____________________

WITNESS SIGNATURE: ____________________