*Jerry Ferrara* FLA.

Exhibit F

**PASCO CIRCUIT COURT**
**7530 LITTLE ROAD, N.P.R.**

RE: CASE: 51-06-CA-440 WS/J2 JUDGE STANLEY MILLS

**"VENEZIA" INVESTMENTS L.L.C. A.K.A RODNEY FETTINGS**
VS,
**JERRY FERRARA**
**MARGETTA LANGLOIS PRO, SE'**

**NOW COMES "COUNTERCLAIM"**
**PLAINTIFF, MARGETTA LANGLOIS PRO. SE'**

**MARGETTA LANGLOIS PRO. SE'**
VS.
**"VENEZIA" INVESRTMENTS L.L.C**
**JERRY FERRARA**



RECEIVED MAR 25 2010 PAULA S. O'NEIL, CLERK & COMPTROLLER

# "FORMAL COMPLIANT " TO FLA. BAR ON ATTY. TARA O'CONNOR W/ CLIENT "VENEZIA" INVESTMENTS L.L.C. (A.K.A. RODNEY FETTINGS)...

1). ATTY. TARA O'CONNOR "FRAUDULANTLY" CONVEYED :

5541 VIOLET DR. N.P.R., FLA. (34652) FROM PRIOR OWNER JERRY FERRARA
( SO CONVIENTLY FOUND ) & NEVER APPEARED IN COURT & BY COURT NOTICES TO APPEAR. (ONLY TO APPEAR TO TURN OVER PROPERTY TO HER CLIENT RODNEY FETTINGS)

"ILLEGALLY" .DEC. 29, 2008.)FOR SIGNING OVER HOME W/ "ALL" KNOWING
I, MARGETTA LANGLOIS PRO.SE' WAS "NEVER PAID IN FULL" OR "MADE WHOLE",
ON "ALL" OF $ 35,000, BY JERRY FERRARA.

## "LEGALLY" HOME COULD "NOT" BE TRANSFERRED OR SOLD , & ESPECIALLY W/ AN "OPEN" "COUNTERCLAIM " ON PROPERTY & HER CLIENT.

2).WHILE A "COUNTERCLAIM" STILL EXISTS, & "OPEN" ON CASE ABOVE: (SEE ATTACHED) "DOCKET"

3). DUE TO ATTY. TARA O' CONNOR "REFUSALS" :

   A). TO ACKNOWLEDGE TELEPHONE CALLS

   B). "NOTICES" WALKED INTO HER OFFICE BY ME & INITALED BY HER OFFICE HELP, AND BY HER SISTER, ATTY. KERRY O'CONNOR

   C). THREE NOTICES TO APPEAR FEB. 4TH, 2010, FOR "DEPOSITIONS" ON HER CLIENT RODNEY FETTINGS WHO NOW "OWNS" THE HOME "ILLEGALLY", W/ AN "ILLEGAL" WARRANTY DEED.

   D). REFUSAL TO RETURN CALLS FOR HER APPEARANCES, HEARINGS, RE: "COUNTERCLAIM" TRIAL.

   E). "FAILURE" TO APPEAR W/ CLIENT IN JAN. 9, 2009 FOR "DEPOSITIONS" ON RODNEY FETTINGS & JERRY FERRARA W/ NO" SHOW CERTIFICATES ON RECORD IN CASE ABOVE.

   F). "NO SHOW" AGAIN & W/ "NO" RESPONSES FOR FEB, 4TH, 2010 AGAIN BY ATTY. TARA O'CONNOR & HER CLIENT>....

4). OCTOBER 1, 2007 HER CLIENT WAS "DEPOSED" ALONG W./ JERRY FERRARA, & MYSELF, MARGETTA LANGLOIS THRU (MY) ATTY. PETER BRICK OF N.P.R., FLA.

5). ATTY. TARA O'CONNOR HAS "VIOLATED MY PRO. SE' LITIGANTS CIVIL RIGHTS FOR: "DUE PROCESS".

6). HER CLIENT "VENEZIA INVEASTMENTS L.L.C. (A.K.A. RODNEY FETTINGS) IS A "CO- CONSPIRATOR" W/ JERRY FERRARA TO THIS "ILLEGAL", "FRAUDULANT" **"TRANSFER OF "MY"**



**HOME", BY JERRY FERRARA , & RODNEY FETTINGS THRU ATTY. TARA O'CONNOR ON 12/29/08 THAT I WAS**
**"SWINDLED" OUT OF MY (HOME W/ "WARRANTY DEED" STILL I AM OWED**

    **A).$ 15,000, +$10,000 DUE:**
    **B), TO I SAVED FERRARA $20,000 ON THE PRICE OF "FIXING" THE SINKHOLE &**
    **C).BY FERRARA W/ ME SAVING JERRY FERRARA $ 20,000,**
    **D).(IT WAS "HIS" IDEA TO "SPLIT" THE $ 20,000. ON THE MONIES, HE SAVED**

    **E). HE CONTINUED TO "BUY" THE HOME 11/5/04**

**DESPITE HE COMMITTED "PERJURY" ON "TRANSCRIPTS" HE WAS AGAINST GIVING ME THE EXTRA $ 10,000 TO MAKE IT $ 25,000. WHILE "AVOIDING: ALL CALLS & MAIL W/ "15" NOTICES, A PRE-TRIAL SET BY THE COURT ON NOV. 2008, NOW WILL BE FILED IN FEDERAL COURT & FURTHER COURTS AGAINST ATTY. TARA O'CONNOR & RODNEY FETTINGS, & JERRY FERRARA.**

**7). BY FERRRARA'S "INTENT TO DEFRAUD" ME FROM DAY ONE & BY JERRY FERRARA 'S "BREACHED HIS AGREEMENT" TO PAY ME OVER 5 YRS. AGO &**



**PENDING IN COURT. FERRARA NEVER "PAID" ME THE $35,000. PLUS INTEREST BACK TO OCT. 28, 2004 W/**
     **THE COPY OF JERRY FERRARA "TRANSCRIPTS"10/1/07 ON RECORD @ PASCO CIRCUIT COURT CASE ABOVE, OF JERRY FERRARA'S ADMITTING HE OWED ME MONIES ON MY HOME,**

     **8). ATTY. TARA O'CONNOR WHO HAD "NO" RIGHT TO TAKE IT UPON HERSELF W/ CLIENT TO :**
     **A). HAVE "FERRARA"- "SELL"**
     **B). "TRANSFER" HOME**
     **C). W/ "WARRANTY DEED" ON HOME FOR $ 10.00 TO RODNEY FETTINGS ON**

**12./29/08 W/ "NO" NOTICES TO:**

 **A). COURT** &/OR
 **B). MARGETTA LANGLOIS PRO. SE'**

 **WHILE "HOME" IS STILL IN "LITIGATION" (NO "TRANSFER" OF HOME )SHOULD HAVE NEVER TAKEN PLACE, WHILE ATTY. TARA O'CONNOR & CLIENT RODNEY FETTINGS ARE VERY WELL-AWARE OF THE "MONIES"**
 **OWED TO ME,SINCE 10/28/04 THAT ATTY. HAS COPY OF, & W/ "TRANSCRIPTS OF FERRARA. THE**
 **"ILLEGAL" SALE FERRARA DID WITH RODNEY FETTINGS,**
 **ATTY. TARA O'CONNOR**

**COMMITTED "FRAUDULANT TRANSFER" OF MARGETTA LANGLOIS'S PRO. SE' W/ "LIENS" ARE ON "HOME" FOR THE "MONIES" ATTY. O'CONNOR COMMITTED "FRAUD".& PROPERTY SINCE 3/05 BY ME & "TRANSFERRED" NOW TO RODNEY FETTINGS..."ILLEGALLY", SHE IS PART OF "CORRUPTION"OF "ORGANIZED CRIME".**

**I WANT MY HOME & / OR $35,000. W/ 5 YRS. INT. FROM HER CLIENT & ATTY. TARA O'CONNOR + DAMAGES.**

RESPECTFULLY SUBMITTED. *Margetta Langlois* 3/26/10
MARGETTA LANGLOIS PRO. SE'
MARCH 18, 2010     P.O. BOX 3091 HOLIDAY, FLA. 34692. (727) 326-3629.

1) C.C. PASCO CURCUIT COURT JUDGE MILLS ("NO" ACTION " BY ATTY. TARA O'CONNOR) IN 4 1/2 YRS.)
2) C.C. FLA. BAR. RE: ATTY. TARA O'CONNOR
3) C.C. ATTY. TARA O'CONNOR
4) C.C. OTHERS
5) C.C. TAMPA FEDERAL COURT (CIVIL)
6) C.C. JERRY FERRARA
7) C.C. RODNEY FETTINGS (BY & THRU ATTY. TARA O'CONNOR