```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

MARGETTA LANGLOIS,

        Plaintiff,

v.                             Case No. 8:10-cv-2894-T-33TBM

VENEZIA INVESTMENTS, LLC, et al.,

        Defendants.
_____/

**ORDER**

    This cause comes before the Court pursuant to the February 10, 2011, Report and Recommendation of Thomas B. McCoun, United States Magistrate Judge (Doc. # 6), in which Judge McCoun recommended that the Court: (i) dismiss plaintiff Margetta Langlois's amended complaint (Doc. # 4) for failure to state a cause of action over which this Court has jurisdiction; and (ii) deny without prejudice Ms. Langlois's motion to proceed in forma pauperis (Doc. # 2).  Ms. Langlois did not file an objection to the Report and Recommendation. After careful consideration, the Court adopts Judge McCoun's Report and Recommendation.  Thus, the Court dismisses the amended complaint without prejudice and denies the motion to proceed in forma pauperis without prejudice.

**I.   Legal Standard**

A district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

**II.   Report and Recommendation**

In his Report and Recommendation, Judge McCoun recommended that the Court: (i) dismiss Ms. Langlois's amended complaint (Doc. # 4) for failure to state a cause of action over which this Court has jurisdiction and (ii) deny without prejudice Ms. Langlois's motion to proceed in forma pauperis (Doc. # 2). In addition, Judge McCoun recommended that the Court afford Ms. Langlois an additional opportunity to file an amended complaint consistent with the pleading requirements of

the Federal Rules of Civil Procedure, clearly setting forth allegations establishing the jurisdiction of this Court.

**III. Conclusion**

After careful consideration and independent analysis, the Court adopts the Report and Recommendation. Ms. Langlois may file a second amended complaint on or before March 22, 2011. This second amended complaint shall be consistent with the pleading requirements of the Federal Rules of Civil Procedure and must clearly set forth allegations establishing the jurisdiction of this Court.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of Thomas B. McCoun, United States Magistrate Judge (Doc. # 6) is **ACCEPTED and ADOPTED.**

(2) Plaintiff Margetta Langlois's amended complaint (Doc. # 4) is **DISMISSED WITHOUT PREJUDICE.**

(3) Ms. Langlois's motion for leave to proceed in forma pauperis (Doc. # 2) is **DENIED WITHOUT PREJUDICE.**

(4) Ms. Langlois may file a second amended complaint on or before March 22, 2011. This second amended complaint shall be consistent with the pleading requirements of the Federal Rules of Civil Procedure and must clearly set

forth allegations establishing the jurisdiction of this Court.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>2nd</u> day of March, 2011.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record