UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARGETTA LANGLOIS,

        Plaintiff,

v.                                 Case No. 8:10-cv-2894-T-33TBM

VENEZIA INVESTMENTS, LLC, et
al.,

        Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to the March 25, 2011, Report and Recommendation of Thomas B. McCoun, United States Magistrate Judge (Doc. # 9), in which Judge McCoun recommended that the Court dismiss this matter for lack of subject matter jurisdiction.  Ms. Langlois did not file an objection to the Report and Recommendation.

A district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1);  Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The

district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After careful consideration and independent analysis, the Court adopts the Report and Recommendation.  This matter is dismissed for lack of subject matter jurisdiction.  The Clerk is directed to terminate any pending motions and close this case.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   The Report and Recommendation of Thomas B. McCoun, United States Magistrate Judge (Doc. # 9) is **ACCEPTED and ADOPTED.**

(2)   This matter is dismissed for lack of subject matter jurisdiction.

(3)   The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>11th</u> day of April, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record