UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARGETTA LANGLOIS,

        Plaintiff,

v.                                    Case No. 8:10-cv-2894-T-33TBM

VENEZIA INVESTMENTS, L.L.C.,
et al.,

        Defendants.
_____/

## ORDER

This matter is before the Court on consideration of United States Magistrate Judge Thomas B. McCoun, III's Report and Recommendation (Doc. # 13), filed on May 24, 2011, recommending that Plaintiff's construed Motion to Proceed on Appeal *in forma pauperis* (Doc. # 12) be denied.

Plaintiff timely filed two objections to the Report and Recommendation (Doc. ## 14-15). Defendants have not responded to Plaintiff's objections; nevertheless, being fully advised in the premises, the Court overrules Plaintiff's objections and adopts the Report and Recommendation of the Magistrate Judge.

## Analysis

The Magistrate Judge succinctly summarized the relevant procedural history of this case, including this Court's order dismissing this case for lack of subject matter jurisdiction

(Doc. # 10), and determined that Plaintiff should not be permitted to proceed on appeal *in formal pauperis*. The Magistrate Judge found that while Plaintiff "likely lacks the resources necessary to pay the filing fee," the appeal is frivolous and not taken in good faith. (Doc. # 13 at 3). Specifically, the Magistrate Judge noted that Plaintiff "still fails to identify any type of claim cognizable in this court despite the court's repeated requests that she identify the basis for federal subject matter jurisdiction." (<u>Id.</u> at 4). The Magistrate Judge correctly points out that "[a]n issue is frivolous when it appears that the legal theories are 'indisputably meritless.'" (<u>Id.</u> at 3 (citing <u>Nietzke v. Williams</u>, 490 U.S. 319, 327 (1989); <u>Carroll v. Gross</u>, 984 F.2d 392, 393 (11th Cir. 1993))). This Court determines that Plaintiff has failed to state a claim over which the Court has subject matter jurisdiction.

After conducting a careful and complete review of the findings and recommendations, a District Judge may accept, reject or modify the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert.</u> <u>denied</u>, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a District Judge review factual findings *de*

*novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The District Judge reviews legal conclusions *de novo*, even in the absence of an objection. <u>See</u> <u>Cooper-Houston</u> <u>v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro</u> <u>Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge and the recommendation of the Magistrate Judge that the motion at bar be denied.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   The Report and Recommendation (Doc. # 13) is **ACCEPTED** and **ADOPTED.**

(2)   Plaintiff's construed motion for leave to proceed *in forma pauperis* on appeal (Doc. # 12) is **DENIED.**

(3)   The Court certifies that the appeal is not taken in good faith and directs the Clerk to notify the Court of

Appeals of this ruling in accordance with Rule 24(a)(4) of the Federal Rules of Appellate Procedure.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>6th</u> day of July 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record